# EXHIBIT A

## Itemized Costs According to Form A0133 Bill of Costs

### Fees for Transcripts and Court Reporters

| Deponent | Date of Deposition | Fee | Description | Vendor | Tab |
|---|---|---|---|---|---|
| Laura Greer | May 23, 2018 | $1,270.20 | Court Reporter/ Transcript | Cleveland Reporting Partners, LLC | 1 |

**Total Costs/Fees:**   $1,270.20

# TAB 1



CLEVELAND REPORTING PARTNERS, LLC

# INVOICE

**BILL TO**
David A. Campbell Esquire
Vorys Sater Seymour and
Pease
200 Public Square, Suite 1400
Cleveland, Ohio 44114 USA

**INVOICE #** 2149
**DATE** 05/31/2018
**DUE DATE** 05/31/2018
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Attendance** Deposition of Laura Greer | 6 | 60.00 | 360.00 |
| **Original transcript** Deposition transcript of Laura Greer | 168 | 5.15 | 865.20 |
| **Production** | 1 | 45.00 | 45.00 |

RE: Laura Greer v. University Hospitals          BALANCE DUE          **$1,270.20**

DATE OF SERVICE: May 23, 2018

Make Check Payable to:
Cleveland Reporting Partners, LLC
PLEASE NOTE CHANGE OF SUITE ADDRESS AS OF 2/26/2018

DUE UPON RECEIPT AND IS NOT CONTINGENT ON CLIENT PAYMENT

EIN: 47-5566685

# INVOICE

Invoice ID: 0500-1429-1118

| | |
|---|---|
| Vendor | CLEVELAND REPORTING PARTNERS LLC |
| Requester | DAVID A. CAMPBELL [PARTNER | 3082 | dacampbell | Lawyer | | ] |
| Created By | GLORIA D. MARTINEZ [SECRETARY | | gdmartinez] |
| Create Date | 06/22/2018 |

## Invoice Information

| | |
|---|---|
| Vendor | CLEVELAND REPORTING PARTNERS LLC [75604] |
| Address | CLEVELAND REPORTING PARTNERS LLC [2]<br>2012 W 25TH ST<br>SUITE 516<br>CLEVELAND, OH  44113<br>USA |
| Invoice Number | 2149 |
| Invoice Date | 05/31/2018 |
| Invoice Amount | 1,270.20 USD |
| Description | Deposition of Plaintiff, Laura Greer. |

## Prior Approvers

| | |
|---|---|
| 06/25/2018 | MARTHA A. TODD  [STAFF | 9928 | matodd] |
| 06/25/2018 | NICOLE L. TUCCI  [STAFF | 9077 | nltucci] |
| 06/22/2018 | DAVID A. CAMPBELL  [PARTNER | 3082 | dacampbell] |

## Allocation Details                                                         Amount (USD)

**Billable**                                                                            1,270.20

| | | |
|---|---|---|
| 043149-000202 | UNIVERSITY HOSPITALS HEALTH SYSTEM<br>LAURA GREER | |
| Line | 0001 | |
| Description | Deposition of Plaintiff, Laura Greer. | |
| Code | 47-Court Reports/Depositions | |

## Allocation Summary                                                          Amount(USD)

| | | |
|---|---|---|
| 043149-000202 | UNIVERSITY HOSPITALS HEALTH SYSTEM    LAURA GREER | 1,270.20 |

## Expense Summary                        Amount(USD)

| | |
|---|---|
| Billable | 1,270.20 |